tion by Lulu Knapton against Arthur G. Holland. M. S. Ballenberg, for appellant. A. Lambert, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KRASNOW, Respondent, v. SINGER MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Isaac Krasnow against the Singer Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

KUH et al. v. BRITISH-AMERICAN ASSUR. CO. (Supreme Court, Appellate Division, First Department. February 11, 1009.) Action by Emanuel Kuh and others against the British-American Assurance Company. No opinion. Motion granted, and question certified. Order filed.

KUNIZKI, Respondent, v. NATIONAL FIREPROOFING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Tusiana Kunizki, as committee of the estate of Alexander Kunizki, an alleged incompetent person, against the National Fireproofing Company. No opinion. Appeal dismissed, with $10 costs.

KUNIZKI, Respondent, v. NATIONAL FIREPROOFING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Tusiana Kunizki, as committee of the estate of Alexander Kunizki, an alleged incompetent person, against the National Fireproofing Company. No opinion. Motion for stay denied, with $10 costs.

In re LAMPORT. (Supreme Court, Appellate Division, First Department. March 26, 1909.) In the matter of Hiram H. Lamport. No opinion. Motion granted, unless appellant have the appeal ready for argument at the May term. Order filed.

LANCASTER TRUST CO. v. FLINT et al. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by the Lancaster Trust Company against Arthur H. Flint and others. No opinion. Judgment and order affirmed, with costs. Order filed.

LANCASTER TRUST CO., Appellant, v. SPRAGUE, Respondent. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by the Lancaster Trust Company against Henry L. Sprague. F. L. Crocker, for appellant. H. L. Sprague, for respondent. No opinion. Judgment modified, by striking out extra allowance, and, as modified, affirmed, without costs. Settle order on notice.

LANE, Respondent, v. FENN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Charles M. Lane against Albert O. Fenn and others. No opinion. Order affirmed, with $10 costs and disbursements.

LANE, Respondent, v. FENN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Charles M. Lane against Albert O. Fenn and others. No opinion. Motion for leave to appeal to Court of Appeals from order of affirmance entered January 6, 1909, granted, and questions for review certified.

LANE, Respondent, v. FENN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 29, 1909.) Action by Charles M. Lane against Albert O. Fenn and others. No opinion. Motion for leave to appeal to Court of Appeals from order of affirmance entered January 27, 1909, granted, and question for review certified.

LANGDON, Appellant, v. NORTHWESTERN MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Andrew Langdon against the Northwestern Mutual Life Insurance Company.

PER CURIAM. Judgment, so far as appealed from, affirmed, with costs to respondent against appellant. See 116 App. Div. 558, 101 N. Y. Supp. 914.

ROBSON, J., dissents. KRUSE, J., not sitting.

LEVIS v. POPE MOTOR CAR CO. et al. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Thomas R. Levis against the Pope Motor Car Company and another. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant Pope Motor Car Company, dismissing the plaintiff's complaint as to it, with costs.

LEWIN, Respondent, v. KOERNER BENEVOLENT ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Fritz Lewin against the Koerner Benevolent Association. No opinion. Judgment and order (60 Misc. Rep. 576, 112 N. Y. Supp. 508) affirmed, with costs.

LIGETY, Respondent, v. AMERICAN CIGAR CO., Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by William L. Ligety against the American Cigar Company. E. C. Sherwood, for appellant. M. S. Guiterman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LINCOLN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by Sarah I. Lincoln, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

LINEHAN, Appellant, v. NELSON, Respondent. (Supreme Court, Appellate Division,